# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-0315

———————————————

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES and SHANDS
TEACHING HOSPITAL and
CLINICS, INC. d/b/a UF HEALTH
SHANDS HOSPITAL,

    Petitioners,

    v.

SABRINA HOOKS and LONNIE
HOOKS, III, Individually and as
Parents and Natural Guardians
of MERCY HOOKS, a minor,

    Respondents.

———————————————

Petition for Writ of Prohibition—Original Proceeding.

March 20, 2025

PER CURIAM.

    DISMISSED.

RAY, WINOKUR, and TANENBAUM, JJ., concur.

––––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––––

Christine R. Davis of Davis Appeals, PLLC, St. Petersburg, for Petitioners.

No appearance for Respondents.